381 A.2d 909

Lynah v. Ricker, Appellant.

Argued September 21, 1977. Mark E. Garber, Jr., with him Garber, Fowler & Addams, for appellant; George F. Douglas, Jr., for appellee.

Order affirmed.

VAN der VOORT, J., did not participate in the consideration or decision of this case.